E-filed in the Office of the Clerk
for the Business Court of Texas
2/25/2025 1:00 PM
Accepted by: Alexis Jennings
Case Number: 25-BC03A-0001

## CAUSE NO. 25-BC03A-0001

| | | |
|---|---|---|
| SAFELEASE INSURANCE SERVICES, LLC | § § § § § | THE BUSINESS COURT OF TEXAS |
| Plaintiff, | § § | |
| v. | § § | |
| STORABLE, INC., REDNOVA LABS, INC., (d/b/a STOREDGE), SITELINK SOFTWARE, LLC, EASY STORAGE SOLUTIONS, LLC, BADER CO., AND PROPERTY FIRST GROUP, LP. | § § § § § § § | |
| Defendants. | § | TRAVIS COUNTY, TEXAS |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/25/2025 4:02:15 PM
CHRISTOPHER PRINE
Clerk

### NOTICE OF APPEAL

Pursuant to Rules 25.1 and 28.1 of the Texas Rules of Appellate Procedure, Defendants Storable, Inc.; RedNova Labs, Inc. (d/b/a storEDGE); Sitelink Software, LLC; Easy Storage Solutions, LLC; Bader Co.; and Property First Group, LP (collectively "Storable" or "Defendants") hereby file this Notice of Appeal.

Defendants desire to appeal to the Fifteenth Court of Appeals, which has exclusive jurisdiction over this appeal pursuant to Texas Government Code Sections 22.220(d)(3) and 25A.007 because this is an appeal from an order of a business court. Defendants appeal the Order Granting Temporary Injunction signed February 19, 2025 in the above-styled case, and all adverse rulings and failures to rule related to the Order Granting Temporary Injunction, including, but not limited to, rulings made during hearings and the February 10, 2025 Opinion and Order denying Defendants' motion to remand.

This is an accelerated appeal because it is an appeal of an interlocutory order. Tex. R. App. P. 28.1(a). In compliance with Texas Rule of Appellate Procedure 25.1(d)(6), Defendants confirm that this appeal is not a parental termination or child protection case, or an appeal from an order certifying a child to stand trial as an adult.

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: */s/ Dale Wainwright*
Dale Wainwright
State Bar No. 00000049
dale.wainwright@gtlaw.com
Justin Bernstein
State Bar No. 24105462
bernsteinju@gtlaw.com
300 West 6th Street, Suite 2050
Austin, Texas 78701
T: (512) 320-7200
F: (512) 320-7210

COUNSEL FOR APPELLANTS/DEFENDANTS

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served to all attorneys of record, in compliance with Rule 21a of the Texas Rules of Civil Procedure and Rule 25.1(e) of the Texas Rules of Appellate Procedure, on February 25, 2025.

*/s/ Dale Wainwright*
Dale Wainwright

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sylvia Dominguez on behalf of Dale Wainwright
Bar No. 49
sylvia.dominguez@gtlaw.com
Envelope ID: 97769294
Filing Code Description: Notice of Appeal
Filing Description: Defendants' Notice of Appeal
Status as of 2/25/2025 1:51 PM CST

Associated Case Party: SafeLease Insurance Services LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Courtney Smith | | csmith@yettercoleman.com | 2/25/2025 1:00:29 PM | SENT |
| Luke A.Schamel | | lschamel@yettercoleman.com | 2/25/2025 1:00:29 PM | SENT |
| Christopher Hilton | | chris@stonehilton.com | 2/25/2025 1:00:29 PM | SENT |
| Judd Stone | | Judd@stonehilton.com | 2/25/2025 1:00:29 PM | SENT |
| Alyssa Smith | | asmith@yettercoleman.com | 2/25/2025 1:00:29 PM | SENT |
| Bonnie Chester | | bonnie@stonehilton.com | 2/25/2025 1:00:29 PM | SENT |
| Alexander Dvorscak | | alex@stonehilton.com | 2/25/2025 1:00:29 PM | SENT |
| Shannon Smith | | ssmith@yettercoleman.com | 2/25/2025 1:00:29 PM | SENT |
| R. PaulYetter | | pyetter@yettercoleman.com | 2/25/2025 1:00:29 PM | SENT |
| Susanna R.Allen | | sallen@yettercoleman.com | 2/25/2025 1:00:29 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Justin Bernstein | | bernsteinju@gtlaw.com | 2/25/2025 1:00:29 PM | SENT |
| Business Court Division 3A | | bcdivision3a@txcourts.gov | 2/25/2025 1:00:29 PM | SENT |
| Dale Wainwright | | dale.wainwright@gtlaw.com | 2/25/2025 1:00:29 PM | SENT |

Associated Case Party: Storable, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Neil KentonAlexander | | kalexander@porterhedges.com | 2/25/2025 1:00:29 PM | SENT |
| Ray TTorgerson | | rtorgerson@porterhedges.com | 2/25/2025 1:00:29 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sylvia Dominguez on behalf of Dale Wainwright
Bar No. 49
sylvia.dominguez@gtlaw.com
Envelope ID: 97769294
Filing Code Description: Notice of Appeal
Filing Description: Defendants' Notice of Appeal
Status as of 2/25/2025 1:51 PM CST

Associated Case Party: Storable, Inc.

| Ray TTorgerson | | rtorgerson@porterhedges.com | 2/25/2025 1:00:29 PM | SENT |
|---|---|---|---|---|
| Carolyn Reed | | creed@porterhedges.com | 2/25/2025 1:00:29 PM | SENT |
| Jonna NSummers | | jsummers@porterhedges.com | 2/25/2025 1:00:29 PM | SENT |
| Lakshmi NKumar | | lkumar@porterhedges.com | 2/25/2025 1:00:29 PM | SENT |
| Dolores Brunelle | | dbrunelle@porterhedges.com | 2/25/2025 1:00:29 PM | SENT |
| Liza Eoff | | leoff@porterhedges.com | 2/25/2025 1:00:29 PM | SENT |